IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDY BLANKENSHIP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-499-JPG |
| RICHARD BOCOCK and | ) |
| BILLMAN TRUCKING, INC., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: May 13, 2008**

**NORBERT JAWORSKI, CLERK**

S/Brenda K. Lowe, Deputy Clerk

**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**